```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15861
   BOBBY BINION
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1617


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/20/2008 and was not confirmed.

     The case was dismissed without confirmation 10/02/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
-------------------------------------------------------------------------------

WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MORTGAG  UNSECURED        NOT FILED           .00            .00
BAYVIEW LOAN SERVICING    CURRENT MORTG         .00            .00            .00
BAYVIEW LOAN              UNSECURED        NOT FILED           .00            .00
AMERICAN HONDA FINANCE C  SECURED VEHIC         .00            .00            .00
AMERICAN HONDA FINANCE C  UNSECURED        NOT FILED           .00            .00
GREEN TREE SERVICING LLC  CURRENT MORTG         .00            .00            .00
GREEN TREE SERVICING      UNSECURED        NOT FILED           .00            .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00            .00
SELECT PORTFOLIO SERVICI  UNSECURED        NOT FILED           .00            .00
STATE OF ALABAMA HR       UNSECURED        NOT FILED           .00            .00
AMSHER COLLECTION SERVIC  UNSECURED        NOT FILED           .00            .00
SPRINT NEXTEL             UNSECURED          4127.41           .00            .00
DISH NETWORK              UNSECURED        NOT FILED           .00            .00
RMI/MCSI                  UNSECURED           250.00           .00            .00
LVNV FUNDING              UNSECURED         16008.30           .00            .00
FIRST DATA MERCHANT SERV  UNSECURED        NOT FILED           .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED           .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED           .00            .00
HSBC/NEIMN                UNSECURED        NOT FILED           .00            .00
WELLS FARGO               NOTICE ONLY      NOT FILED           .00            .00
GREEN TREE SERVICING LLC  MORTGAGE ARRE    24000.00            .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE    61342.21            .00            .00
GREEN TREE SERVICING LLC  NOTICE ONLY      NOT FILED           .00            .00
PRA RECEIVABLES MANAGEME  UNSECURED          1910.96           .00            .00
GMAC                      UNSECURED         14861.66           .00            .00
BAYVIEW LOAN SERVICING    SECURED NOT I   204338.26            .00            .00
SELECT PORTFOLIO SERVICI  SECURED NOT I    43197.89            .00            .00
DAIMLERCHRYSLER FINANCIA  UNSECURED         30015.68           .00            .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00            .00
SELECT PORTFOLIO SERVICI  SECURED NOT I    86707.13            .00            .00
PRO SE DEBTOR             DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15861 BOBBY BINION
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                          ---------------        ---------------
TOTALS                           .00                     .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
     Dated: 01/27/09          _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE










                              PAGE   2
           CASE NO. 08 B 15861 BOBBY BINION